

# In The
# Court of Appeals
# Sixth Appellate District of Texas at Texarkana

_____

Nos. 06-18-00025-CR &
06-18-00026-CR

_____

BRADLEY CURTIS KOUGHER, Appellant

V.

THE STATE OF TEXAS, Appellee

On Appeal from the 8th District Court Hopkins
County, Texas
Trial Court Nos. 1726304 & 1726305

Before Morriss, C.J., Burgess and Stevens, JJ.

## O R D E R

Court reporter Kayla Scott recorded volume eight of the trial court proceedings in appellate cause numbers 06-18-00025-CR and 06-18-00026-CR, styled *Bradley Curtis Kougher v. The State of Texas*, trial court cause numbers 1726304 and 1726305, respectively, in the 8th Judicial District Court of Hopkins County, Texas.[1] A copy of this record has been requested by a family member of Bradley Curtis Kougher.

This record contains sensitive data. *See* TEX. R. APP. P. 9.10. Sensitive data includes,

(1) A driver's license number, passport number, social security number, tax identification number or similar government-issued personal identification number;

(2) bank account number, credit card number, and other financial account number;

(3) a birth date, a home address, and the name of any person who was a minor at the time the offense was committed.

TEX. R. APP. 9.10(a). Rule 9.10(b) provides, "Unless a court orders otherwise, an electronic or paper filing with the court, including the contents of any appendices, must not contain sensitive data." Further, "[t]he filing of a document constitutes a certification by the filer that the document complies with paragraphs (a) and (b) of this rule." TEX. R. APP. P. 9.10(e).

---

[1] Prior to releasing the reporter's record, we issued an order to Jana Atchison Rushing, the official court reporter in this case, requiring the redaction of sensitive data from the record. In response to this order, Rushing provided certain redacted portions of the record and further advised this Court that Scott reported volume eight of these proceedings. Rushing advised this Court that Scott indicated that she would require a redaction order.

Having determined that volume eight of the reporter's record contains sensitive data, as that term is defined by Rule 9.10, we hereby order Scott to redact this volume of any and all sensitive data it contains.[2]

The redacted volume eight of the reporter's record is to be received no later than Wednesday, August 28, 2019.  If the redacted volume eight of the reporter's record is not received by August 28, we warn Scott that we may begin contempt proceedings and order her to show cause why she should not be held in contempt of this Court for failing to obey its order.

IT IS SO ORDERED.

BY THE COURT

Date: August 14, 2019

---

[2] The record contains the names of five persons who were minors when the offense was committed.  *See* TEX. R. APP. 9.10(a)(3).  In accordance with Rule 9.10(d), "Sensitive data must be redacted by using the letter 'X' in place of each omitted digit or character or by removing the sensitive data in a manner indicating that the data has been redacted." TEX. R. APP. P. 9.10(d).